IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:21CV23-GCM

| THOMASINA GEAN, | ) |
| --- | --- |
| Plaintiff, | ) |
| Vs. | ) ORDER |
| QUIK TRIP, | ) |
| Defendant. | ) |

This matter is before the Court upon Defendant's Motion to Compel the *pro se* Plaintiff to conduct a telephonic discovery conference. Defendant has attempted to schedule such conference with the Plaintiff who has refused to participate.

IT IS THEREFORE ORDERED that Plaintiff is hereby directed to cooperate forthwith with the Defendant in scheduling an initial discovery conference as required by Local Rule 16.1.

Signed: March 8, 2021

Graham C. Mullen
United States District Judge