# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:21-CV-00023-GCM

| | |
|---|---|
| THOMASINA COFIELD GEAN, | |
| Plaintiff, | |
| v. | **ORDER** |
| QUIKTRIP CORPORATION, | |
| Defendant. | |

**THIS MATTER** comes before the Court upon Defendant's Motion for Scheduling Conference (Doc. No. 9). The Court finds that the Motion is well-taken and should be **GRANTED**.

A telephonic scheduling conference is hereby set for Monday, May 10, 2021 at 2:00 PM. Parties should connect to the Court by dialing (866) 434-5269 and then following the audio conference prompts. The access code is 8297525.

**SO ORDERED**.

Signed: April 22, 2021

Graham C. Mullen
United States District Judge