IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:21CV23

| THOMASINA GEAN, | ) |
| --- | --- |
| Plaintiff, | ) |
| v. | ) ORDER |
| QUIK TRIP, | ) |
| Defendant. | ) |

This matter is before the Court upon Defendant's Motion for Summary Judgment, filed October 19, 2021. (Doc. No. 14). The Court entered a *Rosboro* Order on the same date directing the *pro se* Plaintiff to respond to Defendant's motion within 14 days. (Doc. No. 16). Plaintiff failed to respond as directed by the Court. Accordingly, for the reasons stated in Defendant's Memorandum in Support of Defendant's Motion for Summary Judgment (Doc. No. 15),

IT IS THEREFORE ORDERED that Defendant's Motion for Summary Judgment is hereby GRANTED.

Signed: November 17, 2021

Graham C. Mullen
United States District Judge