# United States District Court
## Western District of North Carolina
### Charlotte Division

| | | |
|---|---|---|
| Thomasina Cofield Gean**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:21-cv-00023-GCM |
| | ) | |
| vs. | ) | |
| | ) | |
| QuikTrip Corporation**,** | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered.

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 17, 2021 Order.

November 17, 2021

Frank G. Johns, Clerk
United States District Court